IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATOS, LLC<br>D/B/A RIDEMETRIC,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE CO., ESURANCE INSURANCE SERVICES, INC., AND ARITY, LLC,<br><br>    Defendants. | CASE NO. 1:20-CV-6224<br>JUDGE ANDREA R. WOOD<br>MAGISTRATE BETH W. JANTZ<br><br>JURY DEMANDED |

## **DECLARATION OF AMIT B. PATEL**

I, Amit B. Patel, hereby declare:

1. I am an attorney with the law firm of Jenner & Block LLP, counsel for Plaintiff ATOS, LLC d/b/a RideMetric ("RideMetric").

2. I submit this declaration in support of RideMetric's Opposition To Defendants' Motion To Dismiss (the "Opposition").

3. The statements made in this declaration are based on my personal knowledge.

4. Attached to the Opposition as Exhibit A is a true and correct copy of U.S. Patent No. 9,888,392.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2021
Chicago, Illinois

    */s/ Amit B. Patel*
Amit B. Patel
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484